STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**TAMARIS COLON CASTRO**  Case No. 11-06111-BKT

Chapter 13   Attorney Name:   R FIGUEROA CARRASQUILLO LAW OFFICE

| I. Appearances | | | Date & Time: 8/30/2011 8:00:00AM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R  [ ] NR  LV: 13,764.00 |
| Joint Debtor | [ ] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | none |
| [X] Substitute M. Vega | | | |

**II. Oath Administered**
   [X] Yes          [ ] No

**III. Plan**

Date: 07/19/2011   Base: $19,500.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:   10/14/2011  2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

   $3,000.00  -  $71.00   =  $2,929.00

**IV. Status of Meeting**

[X] Closed     [ ] Not Held     [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

 [ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

 [ ] MTD Already filed, see Docket:

 [ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**TAMARIS COLON CASTRO**  Case No.  **11-06111-BKT**

Chapter 13  Attorney Name:  **R FIGUEROA CARRASQUILLO LAW OFFICE**

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [X] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [X] Fails liquidation value test |   [ ] State  - years |
| [ ] Insuarence quote |   [ ] Federal  - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |   [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |   [ ] Premises |
| |   [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [X] Evidence of income | |
|   60 days | |

**COMMENTS**

Note: Tax Returns; State 07-10 shown.

Amend plan to provide for POC #3 (Cooperativa Valenciano)

Plan is insuff. funded to pay present value

<u>s/Pedro R Medina</u>  Date:  08/30/2011

**Trustee/Presiding Officer**  (Rev. 02/11)